**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-61619-CIV-DAMIAN**

**GLEN PRINGLE,**

Plaintiff,

v.

**2800 WEST OAKLAND PARK BLVD. CORP**,

Defendant.
_______________________________________/

**ORDER DISMISSING CASE**

**THIS CAUSE** came before the Court upon Plaintiff, Glen Pringle's, Notice of Dismissal without Prejudice [ECF No. 9] (the "Notice"), filed November 4, 2024, in which he dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action before the opposing party serves either an answer or a motion for summary judgment. Here, no answer nor motion for summary judgment was filed. Accordingly, based on Plaintiff's Notice, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **CLOSE** the case, and any pending Motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 4th day of November, 2024.

_______________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**